[No. 24724-4-III. Division Three. November 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD BARBER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 04-1-00178-6, David Frazier, J., entered January 18 and November 18, 2005. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24862-3-III. Division Three. November 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN MONTEZ JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03986-1, Harold D. Clarke III, J., entered January 6, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[Nos. 25297-3-III; 25298-1-III. Division Three. November 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CECIL PAUL TASBY, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 05-1-03793-9, Harold D. Clarke III, J., entered June 9, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik and Stephens, JJ.

[No. 25360-1-III. Division Three. November 20, 2007.]

*In the Matter of the Marriage of* JODI W. FUNK, *Respondent*, and JEFFERY M. FUNK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-3-00954-1, Michael P. Price, J., entered June 13, 2006. *Reversed* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Stephens, J.